IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LORRINE ADAMORE                    §
(Dallas Cty. Jail Bookin No. 17016593),   §
                                   §
            Plaintiff,             §
                                   §
V.                                 §          No. 3:17-cv-2061-N
                                   §
DALLAS COUNTY SHERIFF OFFICE,      §
ET AL.,                            §
                                   §
            Defendants.            §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 29th day of September, 2017.

DAVID C. GODBEY
UNITED STATES DISTICT JUDGE